19938. BEVERLY v. CROWE.

19940. SHEPHERD v. ATLANTA FINANCE COMPANY.

19941. SHEPHERD v. SOUTHERN FINANCE COMPANY.

BROYLES, C. J. 1. The order sustaining the demurrer to the petition and allowing a stated time in which to amend it, to which no exception was taken, fixed the law of the case; and, the plaintiff's amendment having failed to meet the objections raised by the demurrer (the amendment in all substantial respects being merely a reiteration of the allegations of the original petition), the trial court did not err in dismissing the petition. *Baker* v. *Atlanta,* 22 *Ga. App.* 483 (96 S. E. 332), and cit.; *Grossman* v. *Atlanta,* 25 *Ga. App.* 161 (102 S. E. 847).

2. Under the above-stated ruling and the facts of the instant cases, the judge of the superior court in each case properly overruled the certiorari. *Judgments affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 13, 1929.

*Orrin J. Bundy, J. L. R. Boyd,* for plaintiff.
*R. R. Jackson,* for defendant.